VJ Labat, Esq. (SBN 271778)
LABAT LEGAL GROUP
1261 Lincoln Ave, Suite 208
San Jose, CA 95125
Telephone: (415) 294-0135
Fax: (408) 228-1930
vlabat@labatlegal.com

Attorneys for Plaintiff
APRIL UNPINGCO

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| APRIL UNPINGCO, an individual,<br><br>      Plaintiff,<br><br>      v.<br><br>LODI SKILLED NURSING SERVICES doing business as FAIRMONT REHABILITATION HOSPITAL, a Nevada corporation, NORTH AMERICAN HEALTH CARE INC., a Nevada corporation,<br><br>      Defendants. | Case No.:  2:19-cv-00253-TLN<br><br><br>**STIPULATION TO REMAND ACTION, COURT ORDER FOR BINDING ARBITRATION AND STAY OF ACTION; ORDER THEREON** |

      Plaintiff APRIL UNPINGCO ("Plaintiff") and LODI SKILLED NURSING SERVICES doing business as FAIRMONT REHABILITATION HOSPITAL and NORTH AMERICAN HEALTH CARE INC. (collectively "Defendants") stipulate as follows:

      1.      On February 9, 2019, Plaintiff commenced an action in the United States District Court For The Eastern District of California, bearing the above-entitled name and case number (the "Action").

      2.      On February 22, 2019, Defendants acknowledged service of the complaint by and through their counsel of record.

1

3.      After some discussion, Plaintiff and Defendants (collectively the "Parties") have agreed that the Action should be remanded to the San Joaquin County Superior Court. To that end, the Parties hereby stipulate that the Action be remanded to San Joaquin County Superior Court. The Parties further stipulate that all deadlines and dates including any applicable statutes of limitation shall relate back to the original filing date of February 9, 2019.

4       The Parties further stipulate that Plaintiff and Defendants entered into an arbitration agreement (the "agreement") dated September 26, 2018. A copy of the agreement is attached hereto as Exhibit A.

5.      Defendants have indicated that they intend to file a motion to compel arbitration based on the agreement which Defendants contend is enforceable. In consideration that the Court may have granted said motion, the Parties have agreed to submit this matter to binding arbitration before the JAMS Sacramento Division 2520 Venture Oaks Way, Suite 400 Sacramento CA 95833, or other agreed-upon Arbitrator, subject to the following terms and conditions to ensure that the arbitration will be conducted in compliance with the holdings of *Armendariz v. Foundation Health Psychcare Services, Inc.* (2000) 24 Cal. 4th 83:

A.      All costs generally associated with the arbitration process including, but not limited to, administrative fees, arbitrator fees, reporting fees of the arbitration hearing and the like shall be the sole and exclusive responsibility of Defendants. Should Defendants not pay all required arbitration fees, it shall be deemed a waiver of the rights of Defendants to arbitrate Plaintiff's claims;

B.      The arbitrator shall have the power to award any type of legal or equitable relief available in a court of competent jurisdiction, including, but not limited to, attorney fees and costs and/or punitive damages;

C.      Unless otherwise agreed in writing by the Parties, discovery shall be governed by California Code of Civil Procedure section 1283.05 of the California Arbitration Act and in accordance with the Civil Discovery Act, California Code of Civil Procedure ("C.C.P.") section 2016.010 et seq., without limitation;

D.     The Parties have agreed to select an arbitrator by mutual agreement or by alternatively striking/ranking names from a panel of seven (7) JAMS arbitrators, or other agreed-upon Arbitrator, experienced in employment disputes and resident to the Sacramento JAMS location;

E.     The arbitrator shall issue a written decision revealing essential findings and conclusions which shall form the basis of the award ("the Award") and may determine the prevailing party for purposes of awarding attorney fees and costs pursuant to any applicable sections of the C.C.P., the Fair Employment and Housing Act ("FEHA") and the California Family Rights Act ("CFRA").  The arbitrator shall be bound to follow the law as found in the various statutes comprising the FEHA of California and the CFRA relevant to Plaintiff's claims in presiding over the arbitration and in making an award;

F.     All discovery disputes, including without limitation, any dispute regarding compliance with third party subpoenas will be decided by the arbitrator.  The arbitrator may issue findings and rulings on discovery disputes as he/she deems appropriate.  The Court shall retain jurisdiction to enforce compliance as to third party subpoenas, should it become necessary, and only after reasonable and good faith attempts are made to amicably resolve any such disputes between the Parties and the Parties and any third parties, and after intervention by the arbitrator.  The arbitrator may issue such discovery findings and rulings as he/she deems appropriate;

G.     Barring any unforeseen and extraordinary circumstances, the arbitration shall be completed within one year of the date on which the arbitrator is selected subject to the arbitrator confirming his/her availability and no conflict exists between the arbitrator and any of the Parties;

H.     Other than as stated in paragraph F above and only for those purposes as specified in Chapter 4 (Enforcement of the Award), Articles 1 (Confirmation, Correction or Vacation of the Award) and 2 (Limitations of Time) of the California Arbitration Act and in conformity with said Articles, the jurisdiction of the Court shall be stayed.

I.   The Parties further agree that faxed or computer imaged signatures on this Stipulation are deemed to be original signatures for filing purposes.  The Parties also agree to electronic service via e-mail for all documents relating to this case.

J.   The Parties stipulate that all current Federal Court and future State Court deadlines, including the Defendants' Federal Court response date and Initial Disclosures deadline are waived/off-calendar/stayed.

DATED:  March 19, 2019          TRESSLER LLP

                                By: _____

                                Attorneys for Defendants, LODI
                                SKILLED NURSING SERVICES and
                                NORTH AMERICAN HEALTH
                                CARE LLP

DATED:  March 19, 2019          LABAT LEGAL GROUP

                                By:   /Vijayta Labat/
                                      _____

                                Attorneys for Plaintiff
                                APRIL UNPINGCO

STIPULATION TO REMAND AND BINDING ARBITRATION; ORDER

# **ORDER**

Upon consideration of the parties' stipulation, it is hereby ordered that this action is **REMANDED** to the Superior Court of California, County of San Joaquin. Furthermore, pursuant to the foregoing stipulation, and for good cause shown, it is hereby ordered that all of Plaintiff's claims as set forth in Plaintiff's civil complaint entitled and identified above shall be submitted to binding arbitration pursuant to the terms of the foregoing joint stipulation of the Parties. The civil court proceedings shall be stayed pending completion of the Parties' arbitration.

IT IS SO ORDERED.

Dated: March 28, 2019

Troy L. Nunley
United States District Judge